UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA PITTS,

        Plaintiff,

v.

36TH DISTRICT COURT, ET AL.,

        Defendants.

Case No. 19-11210

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

_____/

**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [2]**

On April 26, 2019, Plaintiff Donna Pitts, *pro se*, filed a Complaint [1] and Application to Proceed In Forma Pauperis [2]. The Court may authorize the commencement of a suit "without prepayment of fees or security therefore, by a person who submits an affidavit that includes a statement of all assets . . . [indicating] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997) (overruled on other grounds by *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013)).

In support of her application to proceed *in forma pauperis*, Plaintiff has submitted an affidavit showing sufficient indicia of poverty, as required by 28 U.S.C. § 1915. Plaintiff earns $220.00 per month and receives $192.00 per month as part of the Food Assistance Program. Her regular expenses include rent and utilities. Having reviewed Plaintiff's financial affidavit and attached Benefit Summary, the Court hereby **GRANTS** Plaintiff's application to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed without Prepaying Fees or Costs [2] is **GRANTED**. Because Plaintiff is a *pro se* litigant, the Court recommends that Plaintiff contact the Detroit Mercy Law Pro Se Clinic for legal assistance. The Clinic is located in Room 463 of the Theodore Levin United States Courthouse and is open on Mondays, Wednesdays, and Fridays from 1:00–5:00 p.m. Plaintiff can make an appointment to meet with the Clinic by going to Room 463 during office hours, calling **(313) 234-2690**, or emailing the Clinic at **proseclinic@udmercy.edu**.

**SO ORDERED**.

Dated: May 2, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge