UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DONNA PITTS,

        Plaintiff(s),                       Case No. 19-11210

v.                                         Hon. Arthur J. Tarnow

36TH DISTRICT COURT, et al.,

        Defendant(s).
_____/

**ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE DOCUMENTS
AND FOR SERVICE OF PROCESS BY THE U.S. MARSHAL**

The Court having considered and granted Plaintiff's *in forma pauperis* application and being otherwise fully informed;

**IT IS HEREBY ORDERED** that Plaintiff complete and present to the Clerk's Office the following documents to effect service in this case within fourteen (14) days of the date of this Notice:

- One (1) copy of the complaint for each defendant;
- Two (2) USM 285 forms for each defendant;
- Three (3) summonses for each defendant.

**IT IS FURTHER ORDERED** that the Clerk is directed to process this case for service upon receipt of the properly completed documents listed above; and the U.S. Marshal is directed to serve a copy of the complaint, summons and this order upon each defendant named in the complaint without prepayment of the usual costs for such service.

**IT IS FURTHER ORDERED** that Plaintiff file with the Court a signed U.S. Postal Service Certified Mail receipt – green card (PS Form 3811) after service is completed, to show proof of service of process.

Date: May 2, 2019                                               s/Arthur J. Tarnow
                                                                 Arthur J. Tarnow
                                                                 U.S. District Judge